(131 So. 914)

**Odell CARTER v. STATE.**

5 Div. 822.

Court of Appeals of Alabama.

Nov. 25, 1930.

BRICKEN, P. J.

Affirmed.

(131 So. 915)

**L. G. CASON v. STATE.**

7 Div. 637.

Court of Appeals of Alabama.

May 20, 1930.

Rehearing Denied June 24, 1930.

L. H. Ellis, of Columbiana, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

The judgment in this case is affirmed on the authority of Mars v. State (6 Div. 633) 23 Ala. App. 569, 129 So. 314, and Wilkerson v. State (6 Div. 634) 23 Ala. App. 520, 128 So. 777, both Ala. App., which settle the question of the sufficiency of the indictment.

The other question presented on the court's ruling refusing to permit defendant to testify as to his declaration, when he left home is without merit.

The judgment is affirmed.

Affirmed.

(131 So. 915)

**CENTRAL OF GEORGIA R. CO. v. Mrs. Paul BRUMLEY.**

6 Div. 815.

Court of Appeals of Alabama.

Dec. 18, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(131 So. 915)

**CENTRAL SHOE CO. v. D. D. WRIGHT.**

6 Div. 688.

Court of Appeals of Alabama.

Nov. 28, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(134 So. 917)

**Homer CHAMBERS v. STATE.**

8 Div. 291.

Court of Appeals of Alabama.

May 26, 1931.

SAMFORD, J.

Affirmed.

(133 So. 923)

**John CHATHAM v. STATE.**

4 Div. 702.

Court of Appeals of Alabama.

April 7, 1931.

BRICKEN, P. J.

Appeal dismissed.

(134 So. 917)

**Dude CHAVERS v. STATE.**

3 Div. 682.

Court of Appeals of Alabama.

May 19, 1931.

BRICKEN, P. J.

Appeal dismissed.